239 So.2d 542

**Adolph HEBERT**

v.

**DUGAS and LeBLANC and Houston Fire and Casualty Co.**

No. 50857.

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal the result is correct.

239 So.2d 543

**Ralph ORTEGO and Dorothy McMillan Ortego**

v.

**Hollis PLUMBAR and Liberty Mutual Insurance Company.**

No. 50880.

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.